IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREGORY KATZ, | ) | CASE NO. 7:18-CV-47-FL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY CAPPS and KACIE HOPKINS VAN HINE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO MANUALLY FILE MOTION TO WITHDRAW AS COUNSEL

Before the Court is the Motion to Manually File Motion to Withdraw filed by Samuel Wade Malone. Having reviewed and considered the Motion, and for good cause shown,

**IT IS HEREBY ORDERED** that Mr. Malone's Motion to Manually File is **GRANTED**. The Clerk of Court is **DIRECTED** to file his Motion to Withdraw as Counsel, attached to the Motion, with the records of this Court.

SO ORDERED this 9th day of July, 2018.

_____
HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE